COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-077-CV

C.S.C. DRIVERS SERVICE, INC. APPELLANT

V.

JOE GRUBBS APPELLEE

------------

FROM THE 271ST
 
DISTRICT COURT OF WISE COUNTY

------------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered the “Joint Motion To Dismiss Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(2)(A), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.

PER CURIAM 

PANEL D: HOLMAN, GARDNER and WALKER, JJ.

DELIVERED: May 26, 2005

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.